United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert M. Young  
Frances Young  
      Debtors

Case No. 19-14322-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa      Page 1 of 2      Date Rcvd: Aug 06, 2019  
                         Form ID: pdf900     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
```
db/jdb         +Robert M. Young,    Frances Young,    1032 Flanders Road,    Philadelphia, PA 19151-3012
14354065       +Bureau Of Accounts Control,    BAC,    PO Box 538,    Howell, NJ 07731-0538
14354066       +City Of Philadelphia,    Parking Violations Branch,    P.O. Box 56048,    Phila., PA 19130-6048
14354067       +Convergent Outsoucing, Inc,    PO Box 9004,    Renton, WA 98057-9004
14354069       +Credit Solutions Corp,    5454 Ruffin Rd Suite 200,    San Diego, CA 92123-1313
14354070       +Delmarva Col,    820 East Main Street,    Salisbury, MD 21804-5025
14365272       +Deutsche Bank National Trust Company,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14354072        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
14354074       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14354075       +Lakenau Medical Ctr,    PO Box 8500-1145,    Phila., PA 19178-0001
14354079        Noble Fin,    25331 Interstate Highway West,    Ste 101,    San Antonio, TX 78257
14354082       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
14368740       +Police and Fire Federal Credit Union,    3333 Street Road,    Bensalem, PA 19020-2022
14354084       +SLS,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
14365798       +Specialized Loan Servicing LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14354085       +Title Max of Delaware,    3401 Kirkwood Highway,    Wilmington, DE 19808-6133
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2019 03:27:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14354086        E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:10     WATER REVENUE BUREAU,
                 City of Philadelphia Law Dept,    1515 Arch Street, 15th flr,    Philadelphia, PA 19102
14354068       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 07 2019 03:27:16
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
14354073        E-mail/Text: cio.bncmail@irs.gov Aug 07 2019 03:26:46     Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
14354071        E-mail/Text: operationsclerk@easypayfinance.com Aug 07 2019 03:25:37     Easypay Finance,
                 PO Box 2549,    Carlsbad, CA 92018
14354077       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 03:29:50     LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
14359354        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 03:29:50     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14354078       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2019 03:26:57     Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
14354080       +E-mail/PDF: cbp@onemainfinancial.com Aug 07 2019 03:30:27     Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    NTSB-2320,    Irving, TX 75039-3198
14354083        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 03:31:12
                 Portfolio Recovery,    PO box 41067,    Norfolk, VA 23541
14366731        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2019 03:26:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14354081       +E-mail/Text: nod.referrals@fedphe.com Aug 07 2019 03:26:43     Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
14354087       +E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:10     Water Revenue Bureau,
                 1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14359630*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS/ Special Procedures,     P.O. Box 21125,    Philadelphia, PA 19114)
14354076       ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Lisa                Page 2 of 2                Date Rcvd: Aug 06, 2019
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Robert M. Young aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Frances  Young aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
                Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    ROBERT M. YOUNG | : | |
|    and FRANCES YOUNG, | : | |
|                   Debtors | : | Bky. No.   19-14322  ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtors' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: August 6, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**