**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Young, Robert M.
    Young, Frances
        Debtors : 19-14322

**CERTIFICATE OF SERVICE OF PROOF OF CLAIM
FILED ON BEHALF OF CREDITOR**

    I certify that on  November 24, 2019 , I mailed by regular first class mail and/or by electronic means a copy of the Proof of Claim filed on behalf of Creditor, Title Max of Delaware, to the creditor and/or parties listed below.

Dated: November 24, 2019

        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Title Max of Delaware
15 Bull Stret, STE 200
Savanah, GA 31401

Young, Robert M.
Young, Frances
1032 Flanders Road
Philadelphia, PA 19151