**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Robert M. Young | | |
| Frances Young | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-14322ELF |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor TitleMax of Delaware, INC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 1210.69 has been filed in your name by John C. McClain on 11/24/19.

Dated: November 25, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Randi Janoff
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)