# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-14322-ELF

ROBERT M. YOUNG
FRANCES  YOUNG
1032 FLANDERS ROAD

PHILADELPHIA, PA 19151-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT M. YOUNG
    FRANCES  YOUNG
    1032 FLANDERS ROAD

    PHILADELPHIA, PA 19151-

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

/s/ William C. Miller

Date: 11/25/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee