**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Young, Robert M.
Young, Frances
      Debtors**

                                       :        **19-14322**

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on <u>February 10, 2020</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors'  FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.


Dated:<u>February 10, 2020</u>


      <u>_"/s/"Mitchell J. Prince</u>
      John L. McClain, Esquire
      Mitchell J. Prince, Esquire
      Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072