# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frances Young<br>Robert M. Young<br><br>     Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, its successors and/or assigns<br>     Movant<br>  vs.<br><br>Frances Young<br>Robert M. Young<br>     Debtor(s)<br><br>William C. Miller Esq.<br>     Trustee | NO. 19-14322 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, which was filed with the Court on or about **July 31, 2019, docket number 15**.

               Respectfully submitted,

              By: **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

March 6, 2020