**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

Young, Robert M.
Young, Frances
    Debtors
                                              :     19-14322

**CERTIFICATE OF SERVICE OF
DEBTORS' SECOND AMENDED CHAPTER 13 PLAN**

I certify that on March 9, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: March 9, 2020

                                      "/s/"Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072