IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROBERT M. YOUNG, and<br>FRANCES YOUNG,<br>　　　　Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE4,<br>　　　　Movant,<br><br>　　　　v.<br><br>ROBERT M. YOUNG,<br>FRANCES YOUNG., and<br>KENNETH E. WEST, Trustee,<br>　　　　Respondents. | Bankruptcy No. 19-14322-pmm<br><br>Chapter 13<br><br>Related to Doc. No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on June 30, 2023 I served a copy of the *Motion to Approve Loan Modification* by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Robert M. Young<br>Frances Young<br>1032 Flanders Road<br>Philadelphia, PA 19151 | John L. McClain<br>John L McClain & Associates, PC<br>PO Box 123<br>Narberth, PA 19072 |
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　　　　By:/s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　PA I.D. #91298
　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　(412) 456-8112