IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-14322-pmm |
|---|---|
| ROBERT M. YOUNG, and<br>FRANCES YOUNG,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>AS SERVICING AGENT FOR DEUTSCHE<br>BANK NATIONAL TRUST COMPANY, AS<br>TRUSTEE FOR MORGAN STANLEY ABS<br>CAPITAL I INC. TRUST 2006-HE4,<br>    Movant,<br><br>    v.<br><br>ROBERT M. YOUNG,<br>FRANCES YOUNG., and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Chapter 13<br><br>Related to Doc. No. 58 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO APPROVE LOAN MODIFICATION (DOC. NO. 58)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Loan Modification, filed at Doc. No. 58 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 14, 2023.

It is hereby respectfully requested that the Order attached to the Movant's Motion to Approve Loan Modification be entered by the Court.

Dated: July 17, 2023

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135