IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROBERT M. YOUNG, and<br>FRANCES YOUNG,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>AS SERVICING AGENT FOR DEUTSCHE<br>BANK NATIONAL TRUST COMPANY, AS<br>TRUSTEE FOR MORGAN STANLEY ABS<br>CAPITAL I INC. TRUST 2006-HE4,<br>      Movant,<br><br>      v.<br><br>ROBERT M. YOUNG,<br>FRANCES YOUNG., and<br>KENNETH E. WEST, Trustee,<br>      Respondents. | Bankruptcy No. 19-14322-pmm<br><br>Chapter 13<br><br>Related to Doc. No. |

## ORDER

And now this \_\_\_7th\_\_\_, day of \_\_\_August\_\_\_, 2023, upon consideration of Specialized Loan Servicing, LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4's Motion for Approval of Loan Modification and any response thereto (if any), it is:

ORDERED and DECREED that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge