United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14322-pmm |
| Robert M. Young | Chapter 13 |
| Frances Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert M. Young, Frances Young, 1032 Flanders Road, Philadelphia, PA 19151-3012 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Aug 09 2023 02:16:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 09 2023 02:16:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2023 00:21:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023                              Signature:         /s/Gustava Winters

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Aug 08, 2023     Form ID: pdf900     Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Frances Young aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Debtor Robert M. Young aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> ROBERT M. YOUNG, and <br> FRANCES YOUNG, <br>　　　　Debtor, <br><br> SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE4, <br>　　　　Movant, <br><br>　　　v. <br><br> ROBERT M. YOUNG, <br> FRANCES YOUNG., and <br> KENNETH E. WEST, Trustee, <br>　　　　Respondents. | Bankruptcy No. 19-14322-pmm <br><br> Chapter 13 <br><br> Related to Doc. No. |

**<u>ORDER</u>**

And now this ____7th____, day of ____August____, 2023, upon consideration of Specialized Loan Servicing, LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4's Motion for Approval of Loan Modification and any response thereto (if any), it is:

ORDERED and DECREED that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge