## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **ROBERT M. YOUNG** | : | |
| **FRANCES YOUNG** | : | **Case No. 19-14322 (PMM)** |
|  | : | |
| **Debtor[s] .** | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 62, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 62) is **approved**.

**Date:  Sept. 13, 2023**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**