**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
|   Young, Robert M. | |
|   Young, Frances | |
|        **Debtors** | **: 19-14322** |

**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 12th day of October, 2023, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Application is granted and, further, the unpaid balance of $2,000.00 of the legal fees and incurred expenses may be paid through debtors' Chapter 13 Plan by debtor through the office of the Chapter 13 trustee.

*Patricia M. Mayer*
_____
Bankruptcy Judge
Hon. Patricia M. Mayer