Certificate Number: 03088-PAE-DE-038068987

Bankruptcy Case Number: 19-14322



03088-PAE-DE-038068987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2024</u>, at <u>11:40</u> o'clock <u>PM CST</u>, <u>Robert M Young</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 4, 2024</u>         By:  <u>/s/Doug Tonne</u>

                                    Name:  <u>Doug Tonne</u>

                                    Title:  <u>Counselor</u>