United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14322-pmm |
| Robert M. Young | Chapter 13 |
| Frances Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert M. Young, Frances Young, 1032 Flanders Road, Philadelphia, PA 19151-3012 |
| 14354065 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau Of Accounts Control, BAC, PO Box 538, Howell, NJ 07731 |
| 14354066 | + | City Of Philadelphia, Parking Violations Branch, P.O. Box 56048, Phila., PA 19130-6048 |
| 14354069 | + | Credit Solutions Corp, 5454 Ruffin Rd Suite 200, San Diego, CA 92123-1313 |
| 14354070 | + | Delmarva Col, 820 East Main Street, Salisbury, MD 21804-5025 |
| 14365272 | + | Deutsche Bank National Trust Company, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14354074 | #+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14354075 | + | Lakenau Medical Ctr, PO Box 8500-1145, Phila., PA 19178-0001 |
| 14354076 | + | Lazarus Financial Grou, 2301 N Central Expy Ste, Plano, TX 75075-2535 |
| 14354079 | | Noble Fin, 25331 Interstate Highway West, Ste 101, San Antonio, TX 78257 |
| 14354081 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14365798 | + | Specialized Loan Servicing LLC, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14354085 | + | Title Max of Delaware, 3401 Kirkwood Highway, Wilmington, DE 19808-6133 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14354086 | | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14417931 | | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14354067 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 08 2024 00:15:00 | Convergent Outsoucing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 14354068 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2024 00:15:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 14354073 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2024 00:15:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14387107 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 08 2024 00:15:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 80111-4720 |
| 14814743 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Feb 08 2024 00:15:00 | | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14374645 | | Email/Text: operationsclerk@easypayfinance.com Feb 08 2024 00:15:00 | | Duvera Financial dba EasyPay Finance, PO BOX 2549, CARLSBAD, CA 92018 |
| 14354071 | | Email/Text: operationsclerk@easypayfinance.com Feb 08 2024 00:15:00 | | Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 14371769 | | Email/Text: ECMCBKNotices@ecmc.org Feb 08 2024 00:15:00 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14354072 | | Email/PDF: ais.fpc.ebn@aisinfo.com Feb 08 2024 00:24:42 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14354077 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 08 2024 00:24:12 | | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14359354 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 08 2024 00:24:25 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14354078 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 08 2024 00:15:00 | | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14354080 | + | Email/PDF: cbp@omf.com Feb 08 2024 00:24:13 | | Onemain Financial/Citifinancial, 6801 Colwell Blvd, NTSB-2320, Irving, TX 75039-3198 |
| 14354083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2024 00:24:12 | | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14638416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2024 00:24:25 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14366731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2024 00:15:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14354082 | + | Email/Text: bankruptcy1@pffcu.org Feb 08 2024 00:15:00 | | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14368740 | + | Email/Text: bankruptcy1@pffcu.org Feb 08 2024 00:15:00 | | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14376584 | + | Email/Text: JCAP_BNC_Notices@jcap.com Feb 08 2024 00:15:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14354084 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Feb 08 2024 00:15:00 | | SLS, 8742 Lucent Blvd, Ste 300, Highlands Ranch, CO 80129-2386 |
| 14374816 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Feb 08 2024 00:15:00 | | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14396620 | + | Email/Text: BankruptcyNotices@titlemax.com Feb 08 2024 00:15:00 | | TitleMax of Delaware, INC, 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| 14384577 | + | Email/PDF: ebn_ais@aisinfo.com Feb 08 2024 00:24:12 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14354087 | + | Email/Text: megan.harper@phila.gov Feb 08 2024 00:15:00 | | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

14359630    *P++    INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS/ Special Procedures, P.O. Box 21125, Philadelphia, PA 19114

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2024           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

**Name**    **Email Address**

JOHN L. MCCLAIN
on behalf of Debtor Robert M. Young aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
on behalf of Joint Debtor Frances Young aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KEVIN G. MCDONALD
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert M. Young and Frances Young
    Debtor(s)            Case No: 19−14322−pmm
                       Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/7/24